| No | IP | ISP | Hit Date UTC | Region | File Hash |
|---|---|---|---|---|---|
| 1 | 73.114.19.4 | Comcast Cable | 2016-12-26 20:37:14 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 2 | 73.114.16.244 | Comcast Cable | 2016-12-26 20:44:52 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 3 | 73.114.19.121 | Comcast Cable | 2016-12-26 20:52:43 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 4 | 73.114.18.217 | Comcast Cable | 2016-12-26 21:01:25 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 5 | 73.114.19.39 | Comcast Cable | 2016-12-26 21:15:36 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 6 | 73.114.18.211 | Comcast Cable | 2016-12-26 21:23:34 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 7 | 73.114.18.177 | Comcast Cable | 2016-12-26 21:39:34 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 8 | 73.114.19.101 | Comcast Cable | 2016-12-26 21:47:35 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 9 | 73.114.19.135 | Comcast Cable | 2016-12-26 22:02:55 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 10 | 73.114.16.235 | Comcast Cable | 2016-12-26 22:17:49 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 11 | 73.114.16.197 | Comcast Cable | 2016-12-26 22:27:25 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 12 | 73.114.16.149 | Comcast Cable | 2016-12-26 22:50:47 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 13 | 73.114.19.117 | Comcast Cable | 2016-12-26 22:58:24 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |
| 14 | 73.114.18.193 | Comcast Cable | 2016-12-26 23:21:26 | Connecticut | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 |



EXHIBIT B