## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WWE STUDIOS FINANCE CORP. | * | |
| Plaintiff, | * | Case No.: 3:17-cv-00572-JAM |
| v. | * | |
| DOES 1-14 | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, please take notice that the Plaintiff hereby dismisses with prejudice all claims asserted against Defendants, Does 1-14, in the above-captioned matter.

Respectfully submitted,

 /s/ Jan I. Berlage
Jan I. Berlage (ct16090)
Gohn Hankey Stichel & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, MD 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

*Attorney for WWE Studios Finance Corp.*